# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICKEY GOODSON,

    Plaintiff,

v.                                    CASE NO. 4:24cv117-RH-MJF

LOVE MANAGEMENT COMPANY, LLC,

    Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

|  |  |
|---|---|
|  | JESSICA J LYUBLANOVITS, CLERK OF COURT |
| August 13, 2024 | s/ *Samantha Buckhalt* |
| DATE | DEPUTY CLERK |